DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WILLIAMS v. SKINNER

No. 290P89

Case below: 93 N.C. App. 665

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 6 September 1989. Amended petition by plaintiff for writ of certiorari denied 6 September 1989.

PETITIONS TO REHEAR

MANNING v. FLETCHER

No. 492PA88

Case below: 324 N.C. 513

Petition by plaintiffs to rehear denied 6 September 1989 without prejudice to any rights plaintiffs may have to argue before the trial division the proper calculation of the amounts due them.

WHITTAKER GENERAL MEDICAL CORP. v. DANIEL

No. 6PA88

Case below: 324 N.C. 523; 325 N.C. 231

Petition by plaintiff to rehear denied 6 September 1989.